UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:12–cv–04358–MMM–FMO          DATE:   12/26/2012
Title:   MIKAYEL MNATSAKANYAN V. GOLDSMITH AND HULL APC ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

   On 12/10/12, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 12/19/12.

   The court deems that response satisfactory, and orders the Order to Show Cause discharged.

CV–90                               **CIVIL MINUTES – GENERAL**                        Initials of Deputy Clerk: ah